MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 2 mins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America

v.　　　　　　　　　　Case No.: 4:19CR00117-02 BRW

Terrance Deandre Jackson

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 13 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 8/13/2019　　　　　Deft is  X  is not ____ in custody
Continued Until: _____　　　____ Deft did not appear
Reason for continuance _____　____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Anne Gardner**
Defense Counsel: Ron Davis　　　(Appointed / (Retained))
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT　　　CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty X　　　　　　　　　　Not Guilty _____
Guilty (indicates desire) _____　Guilty _____
Nolo Contendere (desire) _____　Nolo Contendere _____

 X  Demands Trial by Jury　　　____ Waives Jury Trial
　　　　　　　　　　　　　　　　Deft agrees _____
　　　　　　　　　　　　　　　　Govt agrees _____

### BAIL

Bail Set at: Detained  By: JTK　　Date: 8/13/2019
on pretrial release out of Houston - SD TX; waived - reserve right

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **10/1/2019 @ 9:30 a.m., before the Honorable Judge Billy Roy Wilson in Room A401. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 8/13/2019**　　　　SO ORDERED: _____
　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE